AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America,<br>*Plaintiff,* | )<br>) Case No. 25-mj-130 DLM<br>) |
| v. | ) Charging District's Case No. 25-cr-20102<br>) |
| Hugo Adiel Bermudez-Martinez,<br>*Defendant.* | )<br>) |

FILED BY ___BM___ D.C.
Mar 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Florida.

The defendant may need an interpreter for this language: Spanish

The defendant:  ___ will retain an attorney.

  X is requesting court-appointed counsel.

The defendant remains in custody after the detention and removal hearing.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 26, 2025

*s/Shannon G. Elkins*
*Judge's signature*

SHANNON G. ELKINS, United States Magistrate Judge
*Printed name and title*

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Hugo Adiel Bermudez-Martinez,

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: SHANNON G. ELKINS
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 25-mj-130 DLM |
| Date: | March 26, 2025 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | St. Paul |
| Courtroom: | Devitt Courtroom |
| Time Commenced: | 9:34 a.m. |
| Time Concluded: | 9:37 a.m. |
| Time in Court: | 3 minutes |

X **REMOVAL HEARING**
X **DETENTION HEARING**
    Time in Court Removal/Detention: 1 minute/2 minutes

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Aaron Morrison
        X FPD

Interpreter / Language: Constanza Raber/Spanish

On    X Indictment

X **Charges from other District: Southern District of Florida**

X Defendant reserves the right to the detention hearing for the Southern District of Florida.
X Defendant remanded to the custody of the U.S. Marshals Service pending proceedings in the Southern District of Florida.
X Commitment to Another District to be Issued.

X Defendant waived right to removal hearing.
X Removal Order to be Issued.

                                        *s/nah*
                           Signature of Courtroom Deputy

U.S. District Court, District of Minnesota



# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 3/20/2025
Name of Requestor: Nicolette Hammes

**SERVICE INFORMATION:**
Name of Agency:
Name of Interpreter: Coti Raber
Language: Spanish
Date of Service: 3/26/2025
Time of Service: 9:30 AM
Location of Hearing: Edward J. Devitt Courtroom (STP)
Case Number: 0:25–mj–00130–DLM
Case: USA v Hugo Adiel Bermudez–Martinez
Estimated Duration of Assignment: 1 hour

**CURRENT FEES FOR COURT INTERPRETERS:**
**Spanish Federally Certified Interpreters**
Half–Day: $320
Full–Day: $566

**Professionally Qualified Interpreters**
Half–Day: $280
Full–Day: $495

**Language Skilled Interpreters**
Half–Day: $190
Full–Day: $350

For more information, please visit www.mnd.uscourts.gov/court–interpreters or contact the Interpreter Coordinator at interpreter_coordinator@mnd.uscourts.gov

Contract court interpreters can be reimbursed for mileage and parking when using a personally owned vehicle, or for public transportation, from the interpreter's authorized point of departure.All other local commuting expenses or any travel expenses outside of the local commuting area require pre–approval from the Interpreter Coordinator.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL**<br>BEFORE: SHANNON G. ELKINS<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| v. | Case No: 25-mj-130 DLM |
| | Date: March 18, 2025 |
| Hugo Adiel Bermudez-Martinez, | Court Reporter: Caitlin Albrecht |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: Devitt Courtroom |
| | Time Commenced: 3:16 p.m. |
| | Time Concluded: 3:19 p.m. |
| | Time in Court: 3 minutes |

X **REMOVAL HEARING**
X **DETENTION HEARING**
     Time in Court Removal/Detention: 1 minute/2 minutes

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Aaron Morrison
        X FPD

Interpreter / Language: Esperanza Lopez-Dominguez/Spanish

On   X Indictment

X **Charges from other District: Southern District of Florida**

X Defense counsel requests a continuance of the detention and removal hearings.  X GRANTED.

The detention hearing and removal hearing will be continued to Wednesday, March 26, 2025 at 9:30 a.m. before U.S. Magistrate Judge Shannon G. Elkins in the Devitt Courtroom (STP).

X Defendant remanded to the custody of the U.S. Marshal Service pending next hearing.

                                                   *s/nah*
                                   Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No: 25-130 DLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.          **NOTICE OF APPEARANCE**

HUGO ADIEL BERMUDEZ-MARTINEZ,

    Defendant.

Please add and remove the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Kimberly A. Svendsen

<u>Remove AUSA</u>

Bradley M. Endicott

| | |
|---|---|
| Dated: March 13, 2025 | Respectfully submitted, |
| | LISA D. KIRKPATRICK<br>Acting United States Attorney |
| | *s/Kimberly A. Svendsen* |
| BY: | KIMBERLY A. SVENDSEN<br>Assistant U.S. Attorney |



# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court
for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 3/13/2025
Name of Requestor: Nicolette Hammes

**SERVICE INFORMATION:**
Name of Agency: Quality Interpretations LLC
Name of Interpreter: Esperanza Lopez–Dominguez
Language: Spanish
Date of Service: 3/18/2025
Time of Service: 2:15 PM
Location of Hearing: Edward J. Devitt Courtroom (STP)
Case Number: 0:25–mj–00130–DLM
Case: USA v Hugo Adiel Bermudez–Martinez
Estimated Duration of Assignment: 30 minutes

**CURRENT FEES FOR COURT INTERPRETERS:**
**Spanish Federally Certified Interpreters**
Half–Day: $320
Full–Day: $566

**Professionally Qualified Interpreters**
Half–Day: $280
Full–Day: $495

**Language Skilled Interpreters**
Half–Day: $190
Full–Day: $350

For more information, please visit www.mnd.uscourts.gov/court–interpreters or contact the Interpreter Coordinator at interpreter_coordinator@mnd.uscourts.gov

Contract court interpreters can be reimbursed for mileage and parking when using a personally owned vehicle, or for public transportation, from the interpreter's authorized point of departure. All other local commuting expenses or any travel expenses outside of the local commuting area require pre–approval from the Interpreter Coordinator.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 25mj130 (DLM) |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| HUGO ADIEL BERMUDEZ-MARTINEZ, | ) | |
| Defendant. | ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Aaron Morrison shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 12, 2025

*s/Aaron Morrison*
AARON MORRISON
Attorney ID No. 0341241
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415



# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 3/12/2025
Name of Requestor: Nicolette Hammes

**SERVICE INFORMATION:**
Name of Agency:
Name of Interpreter: Marianne McEvoy
Language: Spanish
Date of Service: 3/12/2025
Time of Service: 2:00 PM
Location of Hearing: Courtroom 6B (STP)
Case Number: 0:25–mj–00130–DLM
Case: USA v Hugo Adiel Bermudez–Martinez
Estimated Duration of Assignment: 30 minutes

**CURRENT FEES FOR COURT INTERPRETERS:**
**Spanish Federally Certified Interpreters**
Half–Day: $320
Full–Day: $566

**Professionally Qualified Interpreters**
Half–Day: $280
Full–Day: $495

**Language Skilled Interpreters**
Half–Day: $190
Full–Day: $350

For more information, please visit www.mnd.uscourts.gov/court–interpreters or contact the Interpreter Coordinator at interpreter_coordinator@mnd.uscourts.gov

Contract court interpreters can be reimbursed for mileage and parking when using a personally owned vehicle, or for public transportation, from the interpreter's authorized point of departure. All other local commuting expenses or any travel expenses outside of the local commuting area require pre–approval from the Interpreter Coordinator.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                  Case No: 25-mj-130 DLM

       Plaintiff,

v.
                                                    ORDER OF PRELIMINARY
                                                      DETENTION PENDING HEARING
                                                      <u>PURSUANT TO BAIL REFORM ACT</u>

Hugo Adiel Bermudez-Martinez,

       Defendant.

_____

Upon motion of the United States it is ORDERED that a detention/removal hearing is set for March 18, 2025 at 2:15 p.m. before Magistrate Judge Shannon G. Elkins, Devitt Courtroom, Warren E. Burger Building and U.S. Courthouse, St. Paul, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: March 12, 2025                                       <u>s/ Douglas L. Micko</u>
                                                                      Douglas L. Micko
                                                                      U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. <u>18 U.S.C. § 3142(f)(2)</u>.

A hearing is required whenever the conditions set forth in <u>18 U.S.C. § 3142</u> are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,  Case No: 25-mj-130 DLM

Plaintiff,

v.

**Brady Obligation Order**

Hugo Adiel Bermudez-Martinez,

Defendant.

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: March 12, 2025            *s/Douglas L. Micko*
                                  Douglas L. Micko
                                  U.S. Magistrate Judge

14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 25-mj-130 DLM |
| | Date: March 12, 2025 |
| Hugo Adiel Bermudez-Martinez, | Courthouse: St Paul |
| | Courtroom: 6B |
| Defendant. | Time Commenced: 2:17 p.m. |
| | Time Concluded: 2:22 p.m. |
| | Time in Court: 5 minutes |

APPEARANCES:

    Plaintiff: Brad Endicott, Assistant U.S. Attorney
    Defendant: Aaron Morrison, Assistant Federal Public Defender
        X FPD      X To be appointed

Interpreter/Language: Marianne McEvoy/Spanish

    X Advised of Rights

on    X Indictment
X Date charges or violation filed: March 6, 2025
X Current Offense: Murder in aid of racketeering
X **Charges from other District:** Southern District of Florida
X Title and Code of underlying offense from other District: 18:1959(a)(1)
X Case no: 25-cr-20102

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Tuesday, March 18, 2025 at 2:15 p.m. before U.S. Magistrate Judge Shannon G. Elkins in Devitt Courtroom (STP) for:
X Detention hrg    X Removal hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                          *s/nah*
                                   Signature of Courtroom Deputy

```
MIME-Version:1.0
From:ecf-notice@mnd.uscourts.gov
To:mndecfnotifications@mnd.uscourts.gov
Bcc:
--Case Participants: Katherian D Roe (katherian_roe@fd.org, lisa_m_smith@fd.org,
sandy_krattley@fd.org, tracey_bodway@fd.org), Magistrate Judge Douglas L. Micko
(ashley_fischer@mnd.uscourts.gov, dlmicko@mnd.uscourts.gov, jen_davison@mnd.uscourts.gov,
jolene_erickson@mnd.uscourts.gov)
--Non Case Participants: Probation/Pretrial Services (mnpdb_cmecf@mnp.uscourts.gov)
--No Notice Sent:

Message-Id:9643491@mnd.uscourts.gov
Subject:Activity in Case 0:25-mj-00130-DLM USA v. Bermudez-Martinez Arrest - Rule 5
Content-Type: text/html
```

## U.S. District Court

## U.S. District of Minnesota

**Notice of Electronic Filing**

The following transaction was entered on 3/12/2025 at 5:17 PM CDT and filed on 3/12/2025

**Case Name:** USA v. Bermudez−Martinez
**Case Number:** 0:25−mj−00130−DLM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Arrest (Rule 5) of Hugo Adiel Bermudez−Martinez (MME)**

**0:25−mj−00130−DLM−1 Notice has been electronically mailed to:**

Katherian D Roe &nbsp &nbsp katherian_roe@fd.org, Lisa_M_Smith@fd.org, sandy_krattley@fd.org, tracey_bodway@fd.org

**0:25−mj−00130−DLM−1 Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Hugo Adiel Bermudez-Martinez,<br><br>        Defendant. | Criminal No. 25-mj-130 DLM<br><br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge for a detention and removal hearing on March 26, 2025. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Southern District of Florida, and he is ordered removed to that district for further proceedings.

Dated: March 26, 2025          *s/Shannon G. Elkins*
                                                    SHANNON G. ELKINS
                                                    United States Magistrate Judge

CLOSED,INTERP,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:25−mj−00130−DLM−1

Case title: USA v. Bermudez−Martinez

Date Filed: 03/12/2025

Date Terminated: 03/26/2025

Assigned to: Magistrate Judge Douglas L. Micko

**Defendant (1)**

**Hugo Adiel Bermudez−Martinez**
*TERMINATED: 03/26/2025*

represented by **Aaron J Morrison**
Office of the Federal Defender
300 South Fourth Street
Ste 107
Minneapolis, MN 55415
612−664−5858
Email: aaron_morrison@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612−664−5858
Fax: 612−664−5850
Email: katherian_roe@fd.org
*TERMINATED: 03/13/2025*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

1

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1959 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kimberly A Svendsen**<br>DOJ–USAO<br>600 U.S. Courthouse<br>300 South 4th Street<br>Minneapolis, MN 55415<br>612–664–5638<br>Email: kimberly.svendsen@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bradley M Endicott**<br>DOJ–USAO<br>316 N. Robert Street<br>404 U.S. Courthouse<br>Saint Paul, MN 55101<br>651–848–1921<br>Email: bradley.endicott@usdoj.gov<br>*TERMINATED: 03/13/2025*<br>*Designation: Retained* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2025 | 13 | ORDER OF REMOVAL to District of Southern District of Florida as to Hugo Adiel Bermudez–Martinez. Signed by Magistrate Judge Shannon G. Elkins on 3/26/2025. (MME) (Entered: 03/26/2025) |
| 03/26/2025 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Hugo Adiel Bermudez–Martinez. Defendant committed to District of Southern District of Florida. Signed by Magistrate Judge Shannon G. Elkins on 3/26/2025. (MME) (Entered: 03/26/2025) |
| 03/26/2025 | 11 | Minute Entry for proceedings held before Magistrate Judge Shannon G. Elkins: Removal/Detention Hearing as to Hugo Adiel Bermudez–Martinez held on 3/26/2025. Defendant reserves the right to the detention hearing for the Southern District of Florida. Defendant remanded to the custody of the USM pending proceedings in the Southern District of Florida. Commitment to Another District to be issued. Removal Hearing waived – Removal Order to be issued. (Court Reporter Nancy Meyer) (MME) (Entered: 03/26/2025) |
| 03/20/2025 | 10 | NOTICE of Interpreter Confirmation – as to Hugo Adiel Bermudez–Martinez, Coti Raber has been confirmed for 9:30 AM on 3/26/2025 (NAH) (Entered: 03/20/2025) |

2

| 03/18/2025 | 9 | Minute Entry for proceedings held before Magistrate Judge Shannon G. Elkins: Removal/Detention Hearing as to Hugo Adiel Bermudez–Martinez held on 3/18/2025. Defense counsel requests continuance of the Detention and Removal hearing. Detention and Removal Hearing set for 3/26/2025 at 09:30 AM in Edward J. Devitt Courtroom (STP) before Magistrate Judge Shannon G. Elkins.) (Court Reporter Caitlin Albrecht) (MME) (Entered: 03/18/2025) |
|---|---|---|
| 03/13/2025 | 8 | NOTICE OF ATTORNEY APPEARANCE for USA. (Svendsen, Kimberly) (Entered: 03/13/2025) |
| 03/13/2025 | 7 | NOTICE of Interpreter Confirmation – as to Hugo Adiel Bermudez–Martinez, Esperanza Lopez–Dominguez has been confirmed for 2:15 PM on 3/18/2025 (NAH) (Entered: 03/13/2025) |
| 03/13/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE for Hugo Adiel Bermudez–Martinez. (Morrison, Aaron) (Entered: 03/13/2025) |
| 03/13/2025 | 5 | NOTICE of Interpreter Confirmation – as to Hugo Adiel Bermudez–Martinez, Marianne McEvoy has been confirmed for 2:00 PM on 3/12/2025 (NAH) (Entered: 03/13/2025) |
| 03/12/2025 | 3 | ORDER OF PRELIMINARY DETENTION as to Hugo Adiel Bermudez–Martinez. Detention Hearing/Removal Hearing set for 3/18/2025 at 02:15 PM in Edward J. Devitt Courtroom (STP) before Magistrate Judge Shannon G. Elkins. Signed by Magistrate Judge Douglas L. Micko on 3/12/2025. (MME) (Entered: 03/12/2025) |
| 03/12/2025 | 2 | Brady Obligation Order as to Hugo Adiel Bermudez–Martinez. Signed by Magistrate Judge Douglas L. Micko on 3/12/2025.(MME) (Entered: 03/12/2025) |
| 03/12/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance in Rule 5(c) (3) Proceedings as to Hugo Adiel Bermudez–Martinez held on 3/12/2025. Counsel appointed. Defendant ordered temporarily detained. Detention Hearing and Removal Hearing set for 3/18/2025 at 02:15 PM in Edward J. Devitt Courtroom (STP) before Magistrate Judge Shannon G. Elkins. (Digital Recording) (MME) (Entered: 03/12/2025) |
| 03/12/2025 | | Arrest (Rule 5) of Hugo Adiel Bermudez–Martinez (MME) (Entered: 03/12/2025) |