# MINUTE ORDER

Page 7

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**         Date: 4/16/25     Time: 1:30 p.m.

Defendant: Hugo Adiel Bermudez-Martinez    J#: 65972-511    Case #: 25-CR-20102-RUIZ/LOUIS

AUSA: Annie Martinez                       Attorney:

Violation: Murder in Aid of Racketeering    Surr/Arrest Date: 03/12/25    YOB: 1994

Proceeding: Initial Appearance              CJA Appt: G.P Della Fera, Esq.

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: TEMP-PTD

Bond Set at:                                 Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

Language: Spanish

Disposition:
 *Defendant advised of rights and charges. Defendant sworn.
Defendant's Ore Tenus Motion to appoint counsel – GRANTED. AFPD has conflict. – CJA G.P Della Fera, Esq. appointed.
*Gov't seeks PTD based on Danger to the Community and Risk of flight. Request for Detention Hearing – **GRANTED**.

**BRADY ORDER GIVEN**

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 4/22/25 | 10AM | DUTY JUDGE | MIAMI |
| Prelim/Arraign or Removal: | 4/22/25 | 10AM | DUTY JUDGE | MIAMI |
| Status Conference RE: | | | | |

D.A.R. 15:32:31                                  Time in Court: 12 mins

s/Enjolique A. Lett                                  Magistrate Judge