# COURT MINUTES

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**         Date: 4/22/25      Time: 10:00 a.m.

---

Defendant: Hugo A. Bermudez-Martinez   J#: 65972-511   Case #: 25-cr-20102-Ruiz/Louis

AUSA: Brian Dobbins                Attorney: G.P. Della Fera (CJA)

Violation: Murder in Aid of Racketeering

Proceeding: Arraignment/Detention Hearing      CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No      Recommended Bond:

Bond Set at: **STIP- Pretrial Detention w/right to revisit**   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

**Disposition:**
*Brady order given on 4/16/25*
**Defendant Arraigned**
**Defense ore tenus motion for standing discovery Order -GRANTED-.**
**The parties stipulated to pretrial Detention with the right to revisit.**
**No hearing held.**
**All further proceedings before Judge Ruiz.**

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:       Time:        Judge:           Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **10:12:59**                              Time in Court: **3 mins**