# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  25-CR-20102-RAR

**UNITED STATES OF AMERICA**

  **Plaintiff,**

**vs.**

**JOSE EZEQUIEL GAMEZ-MARAVILLA, ET AL.,**

  **Defendants.**

_____ /

### <u>NOTICE OF APPEARANCE</u>

  COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned case.

      Respectfully submitted,

      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY

   By: /s/ *Elena Smukler*_____
     Elena Smukler
     Assistant United States Attorney
     Florida Bar No. 91025
     99 N.E. 4th Street, Suite 500
     Miami, FL 33132-2111
     Telephone: (305)  961-9444
     Email: Elena.Smukler@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on **May 7, 2025,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:     <u>/s/ *Elena Smukler*          </u>
Elena Smukler
Assistant United States Attorney