UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25- CR-20102- RUIZ

UNITED STATES OF AMERICA,

vs.

HUGO ADIEL BERMUDEZ-MARTINEZ,

Defendant.
_____/

## NOTICE OF FILING

The Defendant, Hugo Adiel Bermudez-Martinez, through undersigned counsel, files this

Notice advising the Court that he provided his Request for Non-Authorization of the Death

Penalty to the Government on June 19, 2026.

Respectfully Submitted,

/s/ G P DELLA FERA

G.P. DELLA FERA, ESQ.
10800 Biscayne Boulevard
Suite 520
Miami, Florida 33161
Phone: (305) 892-4400
FBN: 228060
gpdellafera@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY** certify that on June 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Electronic Notices of Filing.


/s/ G.P. DELLA FERA
G.P. DELLA FERA